**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1487**

---

LENORE D. FORT,

                                        Plaintiff - Appellant,

        versus

JONATHAN B. HOWES, Secretary, North Carolina
Department of Environmental Health and Natural
Resources;  ELIZABETH  MABE,  Administrative
Services Manager, North Carolina Department of
Environmental  Health  and  Natural  Resources;
KAREN JARVIS, Workers' Compensation Officer,
North  Carolina  Department  of  Environmental
Health and Natural Resources; DOES 1-5, Agents
of the North Carolina Department of Environ-
mental Health and Natural Resources,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-96-542-5-BR2)

---

Submitted:  September 11, 1997    Decided:  September 18, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Lenore D. Fort, Appellant Pro Se. Edwin Lee Gavin, II, NORTH CARO-
LINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her civil action alleging claims under 42 U.S.C. §§ 1981, 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fort v. Howes, No. CA-96-542-5-BR2 (E.D.N.C. Apr. 3, 1997). We deny Appellant's motions to correct the record and to certify questions to the North Carolina Supreme Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED